**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
One Bowling Green
New York, NY 10004–1408**

| | |
|---|---|
| IN RE: Mel Cooper | CASE NO.: 12–13981–shl |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–2436 | CHAPTER: 13 |

## NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Sean H. Lane in this Chapter 13 case.

Mel Cooper was dismissed from the case on February 6, 2013 WITH PREJUDICE.

Dated: February 6, 2013                                       Vito Genna
                                                              Clerk of the Court

```
                                   United States Bankruptcy Court
                                   Southern District of New York
In re:                                                              Case No. 12-13981-shl
Mel Cooper                                                          Chapter 13
        Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0208-1           User: tmercado              Page 1 of 3              Date Rcvd: Feb 07, 2013
                               Form ID: 131                Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2013.
```
db         +Mel Cooper,    721 5 Ave,    #45K,   New York, NY 10022-2523
smg         N.Y. State Unemployment Insurance Fund,    P.O. Box 551,    Albany, NY  12201-0551
smg         New York City Dept. Of Finance,    345 Adams Street, 3rd Floor,
             Attn: Legal Affairs - Devora Cohn,    Brooklyn, NY  11201-3719
smg         New York State Tax Commission,    Bankruptcy/Special Procedures Section,    P.O. Box 5300,
             Albany, NY  12205-0300
smg        +United States Attorney's Office,    Southern District of New York,
             Attention: Tax & Bankruptcy Unit,    86 Chambers Street, Third Floor,    New York, NY 10007-1825
ust        +United States Trustee,    33 Whitehall Street,    21st Floor,    New York, NY 10004-2122
5979656    +ASC WELLS FARGO,    PO BOX 10335,    DES MOINES, IA 50306-0335
5955083    +BEN HURI D.D.S,    c/o NATHANIEL B. SMITH,    111 BROADWAY,    NEW YORK, NY 10006-1901
6031636     Earl G. Thompson,    102 West 75th Street, Apt.#56,    New York, NY 10023-1907,    (646)621-9139
5955081    +IMPERIAL ASSETS LLC,    725 FIFTH AVE,    NEW YORK, NY 10022-2519
5979657    +INDY MAC MORTGAGE SERV,    6900 BEATRICE DRIVE,    KALAMAZOO, MI 49009-9559
5979658     JP MORGAN CHASE,    18220 EAST STREET,    PHOENIX, AZ 85034
5970364    +JPMorgan Chase Bank, NA as purchaser of Loans & As,    Stagg, Terenzi, Confusione & Wabnick, LL,
             401 Franklin Avenue, Suite 300,    Garden City, NY 11530-5942
6037883    +JPMorgan Chase Bank, National Association,    3415 Vision Drive,    Columbus, OH 43219-6009
5979659    +LAW OFFICE OF NATHANIEL SMITH,    111 BROADWAY,    NEW YORK, NY 10006-1911
5979660    +NYS DEP OF TAXATION AND FINANC,    NY ASSESSMENT RECEIVABLE,    PO BOX 4127,
             BINGHAMTON, NY 13902-4127
5964506     NYS DEPT OF TAX & FINANCE,    BANKRUPTCY SECTION,    PO BOX 5300,    ALBANY, NY 12205-0300
6032971    +ONE WEST BANK,FSB,    POST OFFICE BOX 829009,    DALLAS, TEXAS 75382-9009
5979661    +ROSENTHAL & GOLDHABER PC,    1393 VETERANS MEMORIAL HWY,    STE 212 N,    HAUPPAUGE, NY 11788-3054
6008313     Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284
5984317    +U.S. Bank National Association, et al,    c/o Fein Such & Crane, LLP.,    28 East Main Street,
             Suite 1800,    Rochester, NY 14614-1936
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
6034067    +E-mail/Text: deb.saner@cadleco.com Feb 07 2013 19:05:11     CadleRock Joint Venture, L.P.,
             100 North Center Street,    Newton Falls, OH 44444-1321
6036471    +E-mail/Text: deb.saner@cadleco.com Feb 07 2013 19:05:11     CadleRock Joint Venture, L.P.,
             Attn: CC860008,    100 North Center Street,    Newton Falls, OH 44444-1321
6026139    +EDI: CITICORP.COM Feb 07 2013 19:08:00      Citibank, N.A.,    701 East 60th Street North,
             Sioux Falls, SD 57104-0493
6029849    +EDI: RESURGENT.COM Feb 07 2013 19:08:00      PYOD LLC its successors and assigns,
             c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
6008313     EDI: DRIV.COM Feb 07 2013 19:08:00      Santander Consumer USA,    P.O. Box 560284,
             Dallas, TX 75356-0284
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5955082       CADLEROCK JOINT VENTURE LP
5998582       JPMorgan Chase Bank, NA
5991409       JPMorgan Chase Bank, National Association, as purc
5979662    ##+VLOCK & ASSOC,    230 PARK AVE,    NEW YORK, NY 10169-2525
                                                                                   TOTALS: 3, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 09, 2013**                              **Signature:**   *Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2013 at the address(es) listed below:

        Charles A Higgs   on behalf of Creditor  OneWest Bank as Servicer for Deutsche Bank National Trust, et al. chiggs@mwc-law.com

        Eloy A Peral   on behalf of Unknown  JPMORGAN CHASE BANK, N.A. eperal@logs.com, plamberti@logs.com;mamartin@logs.com;mzafrin@logs.com

        Jacqueline M. Della Chiesa   on behalf of Unknown  JPMORGAN CHASE BANK, N.A. jdellachiesa@stcwlaw.com, jriselvato@stcwlaw.com

        Jeffrey L. Sapir-13   info@sapirch13tr.com

        Mark K. Broyles   on behalf of Creditor  U.S. Bank National Association et al broylesmk@rgcattys.com, ramoffatt@rgcattys.com

        Michael Kwiatkowski   on behalf of Unknown  JPMORGAN CHASE BANK, N.A. mkwiatkowski@stcwlaw.com, sthompson@stcwlaw.com

        Sahar H. Shirazi   on behalf of Unknown  JPMORGAN CHASE BANK, N.A. sshirazi@stcwlaw.com

        Stephen Vlock   on behalf of Creditor  Cadlerock Joint Venture, L.P. svlock@vlocklaw.com

        TOTAL: 8